IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| PATRICIA MARTINEZ formerly known as PATRICIA H. GAMEZ, | § § § | |
| Plaintiff, | § § | |
| v. | § § | EP-04-CA-0374-KC |
| LOWE'S HOME CENTERS, INC., et al., | § § § § | |
| Defendants. | § | |

## ORDER

The parties recently notified this Court that they settled the above-captioned cause. Accordingly, unless the parties submit closing papers by October 19, 2005, the Court will dismiss this case without costs and without prejudice to the rights of any party thereto to move within thirty (30) days thereafter to reopen if settlement has not, in fact, been consummated.

**SO ORDERED.**

**SIGNED** on this _21st_ day of September 2005.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE